Affirmed and Opinion Filed August 22, 1994.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-93-00355-CR

### DARRELL WAYNE GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F92-42616-RN

## OPINION PER CURIAM

Before Justices Thomas, Morris, and Whittington

Darrell Wayne Green appeals his conviction for robbery. Appellant entered an open plea of guilty to the offense alleged in the indictment. The trial court assessed a forty-five year sentence.

Appellant's attorney filed a brief in which he concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807

(Tex. Crim. App. 1978). Counsel delivered a copy of the brief to appellant. Counsel advised appellant he has a right to file a pro se brief. Appellant did not file a pro se brief.

We have reviewed the record and counsel's brief. We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We have also considered the motion of appellant's counsel to withdraw. We grant the motion to withdraw. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

We affirm the trial court's judgment.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
930355F.U05

-2-



*75/3*

*affirmed*
*PC DNP*

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DARRELL WAYNE GREEN, Appellant

No. 05-93-00355-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 195th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F92-42616-RN).

Opinion delivered per curiam before Justices Thomas, Morris, and Whittington.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered August 22, 1994.

LINDA THOMAS
JUSTICE